**No. 46703.**—Protest 797844–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise consists of whistling balloons, rubber balloons, noisemakers, and cigarette whistles composed in part of bamboo.  Following Abstracts 40493 and 39509 they were held dutiable as bamboo articles at 45 percent under paragraph 409 as claimed.